FILED

1997 JAN 27 AH 10: 23

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LYNDA ROBINSON and MAGGIE L. SMITH, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CV-95-PT-3140-S |
| COOPER GREEN HOSPITAL and JEFFERSON COUNTY PERSONNEL BOARD, | ) | |
| Defendants. | ) | |
| BETTYE JEAN CALLENS, BETTY B. GRANT and REOLA WALLACE, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CV-95-B-3201-S |
| COOPER GREEN HOSPITAL and JEFFERSON COUNTY PERSONNEL BOARD, | ) | |
| Defendants. | ) | |

**ENTERED**

JAN 2 7 1997

## MEMORANDUM OPINION

This cause comes on to be heard on the defendants' Motions for Summary Judgment filed on December 2, 1996.

The court has carefully considered the briefs and the record. There is absolutely no

1

reasonable evidence of intentional race or sex discrimination. Intentional race discrimination is belied by the strong articulated reasons for the personnel actions.[1] It is belied by the statistical evidence. The evidence creates no inference other than an effort to help conserve funds in the operation of a hospital for indigents. This court is not a super personnel board to come to the aid of persons disgruntled by pure business judgment decisions.

The court concludes the following. To the extent that the plaintiffs purport to make discrimination claims of any type, they will be dismissed, with prejudice. To the extent that plaintiffs purport to make any due process claims, they will be dismissed, with prejudice. See McKinney v. Pate, 20 F.3d 1550 (11th Cir. 1994); Skinner v. City of Miami, Fla., 62 F.3d 344 (11th Cir. 1995). to the extent that there are any state law claims, they will be dismissed, without prejudice.

This 27 day of January, 1997

Robert B. Propst
Senior United States District Judge

---

[1] See Grigsby v. Reynolds Metal Co., 821 F.2d 590 (11th Cir. 1987).

2